Elaine Vrandack, Incompetent, Petitioner-Appellee, v. Frank Vrandack, Conservator, Respondent-Appellant.

Gen. No. 51,371. ■

First District, Second Division.

April 18, 1967.

Karras, Greene, Licastro and Licastro, of Chicago, for appellant; no brief filed for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.